FILED
2016 Mar-29 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

James E. Holmes

Inmate Identification Number: 07129-089

(Enter above the full name of the plaintiff in this action)

vs.

Correctional officer / Fink

(Enter above full name(s) of the defendant(s) in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (✓)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: _____

         Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement  Coleman 1 Complex

  A. Is there a prisoner grievance procedure in this institution?
     Yes ( ✓ )    No ( )

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( ✓ )    No ( )

  C. If your answer is YES:

     1. What steps did you take? I fulfilled all obligations Steps 8, 9, 10, 11 from informal to Washinghton D.C
     2. What was the result? I recieved no responces

  D. If your answer is NO, explain why not: _____

_____

_____

_____

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) James E. Holmes 07129-089

Address U.S. Penitentiary Coleman II Coleman Complex P.O. Box-1030 Coleman, FL 33521

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Fink

Is employed as Correctional officer

at Talladega AC

C. Additional Defendants

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Over a childish argument during medication rounds while I was recieving my meds and changeing out my medical supplies from being a parapalegic Correctional officer Fink picked his feet up from the floor kicking my food slot crushing my right hand and fingers into the metal slot causing sever pain

4

V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like to be compensated for emotional, mental and pain and suffering and for example, to be made that this type of unprofessional behavior is not acceptable, tolerated or encouraged

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/23/2016.

_James C. Holmes_
SIGNATURE

ADDRESS U.S. Penitentiary Coleman 1
P.O. Box - 1033
Coleman, FL 33521
AIS # 07129-089